**Order entered August 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00163-CV
No. 05-18-00164-CV

**IN THE INTEREST OF M.A.A., A CHILD**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 1-09-843 and 1-15-76**

## ORDER

Before the Court is appellants' July 30, 2018 second motion for extension to file briefs.

We **GRANT** the motion and **ORDER** the briefs be filed no later than September 17, 2018.

/s/    DAVID EVANS
        JUSTICE